ORIGINAL

FILED

09/14/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0347

## IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0347

STATE OF MONTANA,

Plaintiff and Appellee,

v.

MATTHEW RYAN AILER,

Defendant and Appellant.

FILED

SEP 1 4 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Matthew Ryan Ailer moves this Court to submit electronic transcripts that were part of a prior appeal to be part of his instant appeal. *See State v. Ailer*, 2018 MT 18, 390 Mont. 200, 410 P.3d 964 (Cause No. DA 16-0240). He states that it is "unclear if this Court has retained the transcripts." Ailer provides that his motion is opposed.

Ailer appeals a June 2, 2022 Order for Dismissal After Deferred Sentence and Order on All Pending Motions by Defendant, issued in the First Judicial District Court, Lewis and Clark County. Ailer does not need to include these older transcripts from the underlying criminal case. These transcripts are part of an appellate record. This Court has access to the transcripts, if necessary or appropriate, for any review. Therefore,

IT IS ORDERED that Ailer's "Opposed Motion to Allow the Appellant to Submit Electronic Transcripts from DA 16-0240 Regarding CDC-2014-98" is DENIED, as moot.

The Clerk of the Supreme Court is directed to provide a copy of this Order to counsel of record and to Matthew Ryan Ailer personally.

The Clerk is further directed to return the two CDs to Ailer that he provided with his August 22, 2022 letter.

DATED this 14 day of September, 2022.

For the Court,

By _____
Chief Justice